404 F.2d 938
 70 L.R.R.M. (BNA) 2384
 BROTHERHOOD OF RAILWAY, AIRLINE AND STEAMSHIP CLERKS,
FREIGHT HANDLERS, EXPRESS AND STATION EMPLOYES et
al., Appellants,
v.
PAN AMERICAN WORLD AIRWAYS, INC., Appellee.
 Nos. 293-297, Dockets 32862-32866.
 United States Court of Appeals Second Circuit.
 Argued Jan. 14, 1969.
Decided Jan. 14, 1969.
 
 David J. Fleming, New York City, Edward J. Hickey, Jr., James L. Highsaw, Jr., Mulholland, Hickey & Lyman, Washington, D.C., for appellants.
 Herbert Prashker, Eric Rosenfeld, Lawrence A. Katz, Poletti, Freidin, Prashker, Feldman & Gartner, New York City, for appellee.
 Before WATERMAN, KAUFMAN and ANDERSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment appealed from is affirmed upon the opinion of Judge Bryan, reported at 275 F.Supp. 986 (1967).